Commonwealth *v.* Beeren et al., Appellants.

Argued April 10, 1974. *John W. McIlvaine,* for appellants; *Theodore A. Adler,* Deputy Attorney General, with him *Israel Packel,* Attorney General, for appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bennett, Appellant.

Argued April 11, 1974. *James H. Logan,* for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.